# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

126934

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ANDRE LEMAR JACKSON,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 126934
COA: 247079
Wayne CC: 01-012804-01

On order of the Court, the application for leave to appeal the July 8, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

t0524

_____
Clerk